## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RICHARD VIA**                                                                                               **PLAINTIFF**
**#652082**

v.                                        Case No. 4:20-cv-00644-LPR

**BILL GILKY**                                                                                                **DEFENDANT**

### ORDER

Plaintiff Richard Via filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983 on May 26, 2020. (Doc. 1). On June 29, 2020, the Court entered an order directing Mr. Via to file an amended *in forma pauperis* application within thirty (30) days. (Doc. 4). Mr. Via was cautioned that failure to comply with the Court's Order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2). (*Id.*). Mr. Via's mail was subsequently returned to the Court as undeliverable. (Doc. 5.) On July 10, 2020, the Court ordered Mr. Via to update his address within thirty (30) days. (Doc. 6.) The Court sent a copy of that Order to the Arkansas Division of Correction's Ouachita River Unit because the ADC's website indicated that Mr. Via may be incarcerated there. (*Id.*)

More than thirty (30) days have passed and Mr. Via has not complied or otherwise responded to the June 29 or July 10 Court Orders. Accordingly, Mr. Via's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (stating that district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute). Mr. Via's pending Motion for Leave to Proceed *in Forma Pauperis* (Doc. 3) is denied as moot. The Court

certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 31st day of August 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE