**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RICHARD VIA**                                                                               **PLAINTIFF**
**#652082**

**v.**                            **Case No: 4:20-cv-00644 LPR**

**BILL GILKY**                                                                          **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff Richard Via's Complaint is dismissed without prejudice. (Doc. 1). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 31st day of August 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE